UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| STEVEN DUNCAN, PETER CAHILL and CHARLES CAPARELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>JOY GLOBAL INC., EDWARD L. DOHENY II, JOHN NILS HANSON, STEVEN L. GERARD, MARK J. GLIEBE, JOHN T. GREMP, GALE E. KLAPPA, RICHARD B. LOYND, P. ERIC SIEGERT and JAMES H. TATE,<br><br>　　　　　　　　　Defendants. | Civil No. 2:16-cv-01229-PP<br><br>CLASS ACTION |

**NOTICE OF SETTLEMENT**

NOTICE is hereby given that the parties have reached a settlement in principle that would resolve all outstanding issues in this case among all parties. The parties are in the process of reducing the agreement to writing, which we expect to be completed within 30 days. When it has been completed, the parties will file settlement documents with the Court for approval.

Dated this 23rd day of March, 2018.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP

　　　　　　　　　　　　　　　　　By:　s/ Philip C. Babler
　　　　　　　　　　　　　　　　　　　Bryan B. House, Bar No. 1022054
　　　　　　　　　　　　　　　　　　　Philip C. Babler, Bar No. 1070437

　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　777 East Wisconsin Avenue
　　　　　　　　　　　　　　　　　Milwaukee, WI  53202
　　　　　　　　　　　　　　　　　(414) 271-2400
　　　　　　　　　　　　　　　　　pcbabler@foley.com