UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

STEVEN DUNCAN, et al., Individually and
on Behalf of All Others Similarly Situated,

                Plaintiffs,

vs.

JOY GLOBAL INC., et al.,

                Defendants.

Civil No. 2:16-cv-01229-PP

CLASS ACTION

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND AWARD OF
ATTORNEYS' FEES

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs and Lead Counsel will move this Court, before the Honorable Pamela Pepper, United States District Judge for the Eastern District of Wisconsin, at the United States Courthouse and Federal Building, 517 E. Wisconsin Ave., Room 222, Milwaukee, Wisconsin, on December 20, 2018, at 2:00 p.m., for entry of orders, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (a) finally approving the proposed class action settlement on the terms set forth in the Stipulation of Settlement, dated May 22, 2018 ("Stipulation"); (b) approving the Plan of Allocation of settlement proceeds; and (c) awarding Lead Counsel's attorneys' fees.

This motion is based on: (i) the Memorandum in Support of Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and Award of Attorneys' Fees; (ii) the Declaration of David A. Knotts in Support of Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and Award of Attorneys' Fees; (iii) the Declarations of Lead Plaintiffs; (iv) the Declaration of Carole K. Sylvester; (v) the Declarations of Plaintiffs' Counsel; (vi) the Stipulation; and (vii) all other proceedings herein.

Proposed orders will be submitted with Lead Plaintiffs' and Lead Counsel's reply submission on or before December 13, 2018.

DATED: November 15, 2018

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
RANDALL J. BARON
DAVID T. WISSBROECKER
DAVID A. KNOTTS

*s/ David A. Knotts*
DAVID A. KNOTTS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
PERETZ BRONSTEIN
SHIMON YIFTACH
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: 212/697-6484
212/697-7296 (fax)

Lead Counsel for Lead Plaintiffs

MALLERY & ZIMMERMAN, S.C.
K. SCOTT WAGNER (SBN 1004668)
731 North Jackson Street, Suite 900
Milwaukee, WI 53202
Telephone: 414/271-2424
414/271-8678 (fax)
swagner@mzmilw.com

Local Counsel

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)

JOHNSON FISTEL, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212/802-1486
212/602-1592 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 15, 2018.

                                           s/ *David A. Knotts*
                                           DAVID A. KNOTTS

                                           ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                           655 West Broadway, Suite 1900
                                           San Diego, CA 92101-8498
                                           Telephone: 619/231-1058
                                           619/231-7423 (fax)

                                           E-mail: dknotts@rgrdlaw.com

# Mailing Information for a Case 2:16-cv-01229-PP Duncan v. Joy Global Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael B Apfeld**
  mbapfeld@gklaw.com,bsweeney@gklaw.com

- **Philip C Babler**
  pcbabler@foley.com,pweisel@foley.com

- **Eugene Bykhovsky**
  eugene@byklaw.com

- **Kate E Gehl**
  kgehl@foley.com

- **Peter C Hein**
  PCHein@wlrk.com,Calert@wlrk.com

- **Bryan B House**
  bhouse@foley.com,sulness@foley.com

- **David A Knotts**
  dknotts@rgrdlaw.com,JStark@rgrdlaw.com

- **Daphne Morduchowitz**
  daphne.morduchowitz@apks.com,maoedwi@kayescholer.com

- **Howard A Pollack**
  hpollack@gklaw.com,TRaymond@gklaw.com

- **Elissa J Preheim**
  elissa.preheim@aporter.com

- **Vincent A Sama**
  vincent.sama@apks.com,maoedwi@kayescholer.com

- **Catherine B Schumacher**
  catherine.schumacher@apks.com,maoedwi@kayescholer.com

- **Thomas L Shriner , Jr**
  tshriner@foley.com,kszyszko@foley.com

- **K Scott Wagner**
  swagner@mzmilw.com,jdemet@mzmilw.com

- **Zachary R Willenbrink**
  zwillenbrink@gklaw.com,kthompson@gklaw.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,jaimem@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Peretz              Bronstein
Bronstein Gewirtz & Grossman LLC
60 E 42nd St - Ste 4600
New York, NY 10165

Edward              M Gergosian
Robbins Geller Rudman & Dowd LLP
655 W Broadway - Ste 1900
San Diego, CA 92101

William             Scott Holleman
Johnson & Weaver LLP
99 Madison Ave - 5th Fl
New York, NY 10016

Frank               J Johnson
Johnson & Weaver LLP
600 W Broadway - Ste 1540
San Diego, CA 92101

Scott               B Schreiber
Arnold & Porter LLP
601 Massachusetts Ave - NW
Washington, DC 20001

Shimon              Yiftach
Bronstein Gewirtz & Grossman LLC
60 E 42nd St - Ste 4600
New York, NY 10165
```