UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVEN DUNCAN, PETER CAHILL AND
CHARLES CAPARELLI, Individually and on
Behalf of All others Similarly Situated,

      Plaintiffs,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 16-cv-1229-pp

JOY GLOBAL INC., EDWARD L. DOHENY II,
JOHN NILS HANSON, STEVEN L. GERARD,
MARK J. GLIEBE, JOHN T. GREMP, GALE E. KLAPPA,
RICHARD B. LOYND, P. ERIC SIEGERT, and
JAMES H. TATE,

      Defendants.

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that this case is **DISMISSED with prejudice** in accordance with the terms of the Order Granting Motion for Final Approval of Class Action Settlement, Approving Settlement and Dismissing Case with Prejudice, entered the same day as this order.

Approved and dated in Milwaukee, Wisconsin this 27th day of December, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**

STEPHEN C. DRIES
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk